## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>KEVIN J. MATTSON,<br><br>　　　　　　　　Debtor. | Chapter 7<br>Case No. 24-20188 |
| MONTRESOR LLC,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>KEVIN J. MATTSON,<br><br>　　　　　　　　Defendant. | Adv. Proc. No. 25-02006 |

### Pretrial Scheduling Order

After receiving the parties' report under Fed. R. Civ. P. 26(f) [Dkt. No. 8] and consulting with the parties at a scheduling conference on July 8, 2025, the Court issues this pretrial scheduling order, and establishes the following provisions and deadlines to govern the future course of this proceeding:

| | |
|---|---|
| **August 5, 2025** | Joining Other Parties.  Any motion to join a third party must be filed by this date. |
| **August 19, 2025** | Initial Disclosures.  Initial disclosures under Fed. R. Civ. P. 26(a)(1) must be made by this date. |
| **September 29, 2025** | Expert Witness.  Plaintiff's expert witnesses must be disclosed under Fed. R. Civ. P. 26(a)(2) on or before this date.  Defendant to disclose experts, if any, within 45 days of Plaintiff's expert witness disclosure. |
| **January 8, 2026** | Discovery Deadline.  All discovery must be completed by this date. |

| | |
|---|---|
| **February 6, 2026** | <u>Pretrial Disclosures</u>.  The pretrial disclosures required under Fed. R. Civ. P. 26(a)(3) shall be made on or before this date.  Objections to any such disclosures must be filed within 14 days of service. |
| | <u>Stipulations</u>.  The parties, through counsel, shall engage in a good faith effort to stipulate to all facts and legal issues as to which there is no actual dispute.  Counsel shall prepare a written stipulation, signed by all counsel, in a form satisfactory to permit the document to be marked as an exhibit and offered in evidence at trial. |
| | <u>Exhibit Lists</u>.  The parties are to file a joint exhibit list substantially in the form of the exhibit list attached to this pretrial order.  Anticipated objections to the admissibility of any of the exhibits shall be identified on the joint exhibit list at the time it is filed.  The Court anticipates that any exhibit which is not the subject of an objection identified on the joint exhibit list will be admitted by stipulation at the beginning of trial. |
| | <u>Witness Lists</u>.  The parties are to file a list of witnesses they intend to present at trial, together with a brief summary of the area of testimony each witness will address.  Each party may file its own list. |
| **February 6, 2026** | <u>Motion for Summary Judgment</u>.  Motions for summary judgment must be filed on or before this date. |
| **February 23, 2026** | <u>Deadline to file motions in limine</u>.  Motions in limine must be filed on or before this date.  Unless the parties request an earlier time and date, these motions will be heard at the beginning of trial. |
| **March 5, 2026** | <u>Deadline to provide electronic copies of pre-marked exhibits</u>.  The parties shall provide the Court with electronic copies of the pre-marked exhibits by e-mailing them to Filing@meb.uscourts.gov. |
| **March 9, 2026 at 9:00 a.m.** | <u>Trial</u>. Trial is scheduled to take place at the United States Bankruptcy Court, 537 Congress Street, 2nd Floor, Portland, Maine.  The parties expect the trial to take at |

  least three days.  As of the date of this Pretrial Scheduling Order, the Court anticipates conducting the trial March 9, 2026 through March 11, 2026 and, if necessary also on March 12, 2026 and/or March 13, 2026.

  <u>Hard copies of exhibits</u>.  Parties shall arrive for the evidentiary hearing with three copies of the pre-marked exhibits accompanied by an exhibit list; one copy each for the Court, the witness stand, and opposing counsel.

---

A. Fed. R. Civ. P. 15(a)(1) shall govern the deadline for amending a complaint in this proceeding and Fed. R. Bankr. P. 7012 and Fed. R. Civ. P. 12(b) and (c) shall govern the deadlines for filing motions to dismiss and motions for judgment on the pleadings.

B. Except upon the request of the parties, the Court will not conduct a further pretrial conference in this matter.  Should the parties feel the need to confer with the Court prior to trial, they shall contact the Courtroom Deputy or the appropriate Case Administrator to request a further pretrial conference, provide a range of dates the parties would be available, and explain the purpose for such a pretrial conference.

Date: July 29, 2025              /s/ Peter G. Cary
                       Judge Peter G. Cary
                       United States Bankruptcy Judge
                       District of Maine